# UNITED STATES DISTRICT COURT
# OCALA DIVISION OF FLORIDA

**THOMAS GRAY,**
    Plaintiff,

v.

Rhonda Davis
Lois Astacio
Scott Thayer
_____/
**(Individual Capacities)**

42 U.S.C. § 1983 Civil Action
Case No:_____
    (T.B.A.)

5:09-CV-555-OC-10GRJ

## COMPLAINT

## JURISDICTION

1. The Jurisdiction of this Court is invoked under the provisions of sections 1331, 1343(3), and 1367 of Title 28 and 1983 of Title 42 U.S.C.

## "PARTIES"

2. (A) <u>Plaintiff</u>: Thomas Gray, Sumter Correctional Institution, 9544 C.R. 476B, Bushnell, Florida 33513.

(B) <u>Defendant</u>: Rhonda Davis, SR. Health Service Administrator, Sumter Correctional Institution, 9544 C.R. 476B, Bushnell, Florida 33513.

<u>Defendant</u>: Lois Astacio, Sumter Correctional Institution, 9544 C.R. 476B, Bushnell, Florida 33513.

3. During all times mentioned in this complaint, the Plaintiff was, and He still is, An Adult Citizen of The United States, residing in The State of Florida.

4. <u>Defendant</u>: Scott Thayer, Physician Advisor, Utilization Management, 2601 Blair Stone Road, Tallahassee, FLA 32399

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                               2

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal) YES

 1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

 2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

 3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

 4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

 1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

 2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __17__ day of __December__, 2 _09_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I went to Sick Call, was seen by Dr. Astacio, nothing was done. Then I filed an Informal Grievance, Formal Grievance, ANCC, Adm. Appeal

2. What were the results? Denied. Although the formal Grievance was Approved, nothing was done.

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __17__ day of __December__, 2_09_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                              4

IV.   **PREVIOUS LAWSUITS:**

   A.   Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes (  ) No (✓)

   B.   Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes (  ) No (✓)

   C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

   2.   Court (if federal court, name the district; if state court, name the county):

   _____

   3.   Docket Number: _____

   4.   Name of judge: _____

   5.   Briefly describe the facts and basis of the lawsuit: _____

   _____

   _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

   _____

   7.   Approximate filing date: _____

   8.   Approximate disposition date: _____

   D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                    5

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Thomas Carlton Gray

   Mailing address: Sumter Correctional Institution
   9544 Bushnell, FL 33513

B. Additional Plaintiffs: _____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Rhonda Davis

   Mailing Address: Sumter C.I. 9544 CR 476 B
   Bushnell, FL 33513

   Position: SR. Health Service Administrator

   Employed at: Sumter Correctional Institution

D. Defendant: Lois Astacio

   Mailing Address: 9544 CR 476 B,
   Bushnell, FL 33513

   Position: Physician

   Employed at: Sumter Correctional Institution

DC 225 (Rev. 9/03)

6

E.  Defendant: Scott Thayer
    Mailing Address: 2601 Blair-Stone Road
    Tallahassee, Fla. 32399-0338
    Position: Physician Advisor, Utilization Management
    Employed at: 2601 Blair Stone Road, Tallahassee, Fla. 32399

F.  Defendant: _____
    Mailing Address: _____
    Position: _____
    Employed at: _____

G.  Defendant: _____
    Mailing Address: _____
    Position: _____
    Employed at: _____

DC 225 (Rev. 9/03)

7

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Defendants Are in violation of Plaintiff's (8th) Eighth Amendment, And Due Process Of Law Of Rights Secured by the Constitution And Laws Of the United States, To be Free from Cruel And Unusal Punishment, Resulting In Damages.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Rhonda Davis, Sr. Health Service Administrator. Round About 1-25-08 To 4-7-09. Sumter Correctional Institution.

Lois Astacio, 1-23-08. Sumter Correctional Institution.

Scott Thayer, Physician Advisor, Utilization Management Round About 1-15-09 Appointment For Follow up was denied by Physician Advisor, Scott Thayer, Utilizatione Management.

All Three (3) Defendants has been Aware Of

Statement of Facts, continued:

Plaintiff's Condition Since 12-17-07 Or Shortly After. After Seeing The Nurse At Sick Call On 12-17-07, Dr. Lois Astacio Was the First to Learn Of My Condition, After An Examination Dr. Astacio Saw My Testicle Was Swollen, he Said: "There Is Nothing I Can do About It Until It gets Worse And You Will have to live With It." I Was Never Put On the Call Out to See Dr. Astacio Again Concerning this Matter. Dr. Astacio displayed A Willful disregard For My human Rights, And My health, Which Is deliberate Indifference, And Acted In bad Faith. If this had happen to him he Would Not have Acted In the Same Manner.

After Seeing Dr. Astacio And Absolutely Nothing Was done, No Medication Or Treatment. I filed An Infomal Grievance to Ms. Ronda Davis Concerning this Matter Asking that I be given Medication Or Treatment For My Condition. Ms. Davis denied My Grievance On 1-28-08 And Until this day which Is 12-17-09 Nothing has been done Concerning My Condition. Ms. Davis fail to Carry Out her duty As Sr. Health Service

Administrator, which is to make sure I receive proper medical care, and treatment. Ms. Davis acted in a malicious, and cruel way because my family continuously call her asking why is nothing being done about my condition. Ms. Davis showed a willful disregard of my human right.

After seeing M.D George Mquel at Lake Butler Medical Reception Center he recommended that I be seen by him in one (1) year. M.D George Mquel is the Specialist/Urologist, in which DOC use to evaluate, and make recommendations concerning problems such as mine. I saw Dr. Mquel on 2-14-08, a year would have been 2-14-09, but Physician Advisor, Scott Thayer, Utilization Management, denied my appointment showing a willful disregard of my human right. As a result of all three defendant's negligents, willful disregard of my human right, malicious purpose, and bad faith is wanton for treating me in a malicious way. All three defendants also displayed deliberate indifference. I now have to undergo the injury and damage cause by surgery. As of this day I'm still experiencing pain and stress.

It was stated that a review of the records indicated that I was currently issued a jock strap. And I was, but a jock strap does not solve or treat the problem. The records indicated I was prescribed Clinoril. This drug is a anti-inflammatory drug used for the swelling, and stiffness associated with Rheumatoid Arthritis, and, is also used for some pain, but Clinoril should not have been prescribed for people with a kidney disease such as mine, it would only further damage my

10

kidneys. That Alone Shows that Ms. Davis, And Dr. Astacio Showed A willful disregard of My human Right, And Are wanton In doing So.

The Records Also Indicated I was given Aspirin, but I'V been taking Aspirin for five (5) years As A blood Thiner, And what does Aspirin have to do with A Swollen Testle? The Defendants Are Clearly In violation of Plaintiff's Right to be free from Cruel And Unusal Punishment, Resulting In Damages.

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I Pray This Court Award Me 15,000 Thousand Dollars For Compensatory Damages, And 25,000 Thousand Dollars In Punitive Damages, From Ms Rhonda Davis. From Dr. Lois Astacio, 15,000 Thousand In Compensatory Damages, And 25,000 Thousand In Punitive Damages. From Scott Thayer 25,000 Thousand In Compensatory Damages, And 25,000 In Punitive Punitive Damages.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this  17th  day of  December  , 2 09 .

Thomas Huey #048426
Sumter Correctional Institution
9544 CR 476 B
Bushnell, Florida 33513
(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)

12

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

Ms Davis H.S.A.

| FROM: | Inmate Name: Thomas Gray | DC Number: 048426 | Quarters: L2101-L | Job Assignment: Houseman | Date: 4/7/09 |
|---|---|---|---|---|---|

**REQUEST** 33-103.005. Informal Grievance of a Medical Nature.

On 4/1/09 I went to Sick Call Concerning a Swollen Testicle, which is a Problem I've been Complaining About Since 12/17/07. I went to Sick Call because My Testicle has began to Ache and I'm feeling Pain. The Nurse Scheduled Me a Doctor's Appointment which was on 4/6/09. Upon seeing Dr. Campos, Nothing was done, No Medication, No Treatment, And when I ask'd about Some Medication or Treatment She Said there is Nothing She Can do. She Said She have to wait until Some One, She wouldn't give Me a Name, until they Made a Schedule or Something.

So I have to walk Around in Pain and discomfort until Someone decide to do Something About My Problem? Dr. Campos said My Problem is Common Among Men. If My Condition is so Common, why is this department not doing Something About it, And you all have known About My Problem Since 12/17/07. The Remedy I Seek is to be given Medication or Treatment to get Rid of my Problem.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE** (Recieved 4/13/09 — CO staff MK 4-13-09)

Please note that your concerns are noted. Your chart has been reviewed by the M.D. awaiting approval or denial by Utilization Management for Urology follow up appointment. The appointment dates can be variable due to security issues. Continue to watch the callout for scheduled appointments. You may report to sick call or declare a medical emergency to if you continue to experience pain. Based on this information your grievance is denied.

**RECEIVED APR 08 2009 SUMTER C.I. HEALTH SERVICES**

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): [signed]     Date: 4/9/09

Distribution: White — Returned to Inmate    Pink — Retained by official responding, or if the response is to an
Canary — Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Gray  Thomas  C.  048426  Sumter C.I.
      Last   First   Middle Initial   Number   Institution

### Part A – Inmate Grievance

Formal Grievance of A Medical Nature. 33-103.008
On 4/11/09 I went to Sick Call concerning A Swollen Testicle that has been A problem since 12/17/07. Now it has started to Ache And Cause Pain to the Point of keeping me Awake At Night, which is why I Returnd to Sick Call. An Appointment was made to See Dr. Campos 4/6/09. Upon Seeing Dr. Campos No Examination was done, No Treatment And No Medication for Pain. In fact, She told me There's Nothing She Can do, She have to Wait Until Some One Either Approve or deny Treatment or Medication for my problem. I learn'd from Ms. Davis That Some One is Utilization Management. I Ask'd Dr. Campos do I have to Walk Around in Pain Until Some One decide to help me? My problem has gotten worse Since 12/17/07. And Medical is Aware of my problem. If Something Else Seriously happen to me because of inadequate Treatment, Who's liable? Dr. Campos Says my problem is Common Among men; If my problem is So Common, Why have I been denied Medication And Treatment for two years?

The Remedy I Seek is to be properly Treated for my Condition Right Away, before Something Else happen because of it.

Moreover, Sumter C.I Medical Department has been Aware of my problem Since 12/17/07.

4/15/09                         Thomas Gray #048426
DATE                            SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

_____ / _____
  #       Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED
APR 15 2009
ASSISTANT WARDEN

Receipt for Appeals Being Forwarded to Central Office
Submitted by the inmate on: _____ Institutional Mailing Log #: 0904-307-028  _____
                            (Date)                                              (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY         CENTRAL OFFICE
               INMATE (2 Copies)             INMATE
               INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

## PART B - RESPONSE

| GRAY, THOMAS | 048426 | 0904-307-028 | SUMTER C.I. | D1106L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated with the following response provided.

You were previously seen by a specialist / urologist on 2/19/08, which provided a diagnosis and recommended a one year follow-up to see hm. The follow-up appointment was denied by the Department of Corrections Physician Advisor. Due to your complaints and concerns, you are approved for an appointment with medical. Watch the call-out for your next scheduled appointment.

Based on the above information your grievance is approved.

CONFIDENTIAL HEALTH RECORDS/CARE INFORMATION INTENDED FOR ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

R. Davis, HSA / B. Campos, CHO                R. Smith, Assistant Warden

_Rhonda Davis_                              _[signature]_                                 5-7-09

SIGNATURE AND TYPED OR PRINTED NAME        SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                     SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY        COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                (1 Copy) Inmate
(1 Copy) Inmate's File                           (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding         (1 Copy) C.O. Inmate File
                                                 (1 Copy) Retained by Official Responding

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections   MAY 22 2009

From: Gray Thomas C.    048426    Sumter    DEPARTMENT OF CORRECTIONS INMATE GRIEVANCES
      Last  First  Middle Initial    Number    Institution

Part A – Inmate Grievance    09-6-15701

This Grievance concerns a Medical Nature. The problem started on 12-17-07 when I first went to Sick-Call about my swollen testicle. On 2/14/08 I was seen by a Specialist/urologist, and he did make a diagnosis and recommended to see me again in one year for a follow-up, but the Department of Corrections Physician Advisor keep denying the appointments. I'v been told by Joanne Terrell, and Mr. or Mrs. Morre, Secretarys Represent that it's the Responsibility of My Chief health officer to determine the Appropriate treatment. The Chief health officer is telling me it's up to the Correctional Physician Advisor. So nothing is been done, no treatment or medication for my problem.

I was told to watch the Call-out, and on Round about 5-5-09 I saw Dr. Campos and she read me the Results from a Cat-Scene of my Chest, and on about 5-8-09 I was Called-out for my Annual Physical. The Matter at hand was Never mentioned.

Since my problem started I'v had all the Signs of testicle Cancer, I'v been having Pain and discomfort in one of my testicles. I was told by Dr. Campos my problem is common in men without being given an Examination or treatment. A Grievance was sent to the Warden and was Approved, but Nothing has been done. In fact, it has gotten to the point to where I can't sleep at night. I'm praying that someone from the Secretary's office issue an Order making the Medical Staff at Sumter C.I. give me the Medication or treatment I need.

Received 7-1?-09

5-14-09    Thomas Gray  048426
DATE       SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

___/___
 #    Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED
MAY 13 2009
ASSISTANT WARDEN

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 307-09-081    _____ (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY       CENTRAL OFFICE           307
                INMATE (2 Copies)          INMATE
                INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY    07H
                INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)                                              0904-307-028

MAILED / FILED
BY THE CLERK

JUL 2 3 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GRAY, THOMAS | 048426 | 09-6-15701 | SUMTER C.I. | D1106L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

Reviewed records indicate that you are currently issued a jock strap and prescribed Clinoril and Aspirin.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Specialty consults are ordered by your Chief Health Officer when in his/her judgment a medical need is presented.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay, IISC

_____   _____   7-21-09
SIGNATURE AND TYPED OR PRINTED NAME     SIGNATURE OF WARDEN, ASST. WARDEN, OR     DATE
OF EMPLOYEE RESPONDING                  SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION - INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                    (1 Copy) Inmate
(1 Copy) Inmate's File                               (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding             (1 Copy) C.O. Inmate File
                                                     (1 Copy) Retained by Official Responding

Florida Department of
Financial Services
200 East Gaines Street
Tallahassee, Florida 32399-0338

Re: Notice of change of address

Dear Sir;

Please be advised that the address of Thomas Gray
Plaintiff has been changed to:

Thomas Gray #048426
Sumter Correctional Institution
9544 CR 476B
Bushnell FL 33513

This address is subject to change again in the near future, and if necessary your office will be notified as such changes occur.

Until such notice is given, please direct all correspondence or communications involving the above-styled case number to this address.

Sincerely,

Thomas Gray #048426
Sumter Correctional Institution
9544 CR 476 B
Bushnell, Florida 33513